

NUMBER 13-04-00035-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ROSA IMELDA RIVERA, EDUARDO
CAVAZOS MONTEMAYOR, AND
MARCELA MONTEMAYOR,                                   Appellants,

v.

PAT L. PACE AND MARY JOE PACE, ET AL.,               Appellees.

---

On appeal from the 357th District Court
of Cameron County, Texas.

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

This appeal was abated by this Court on June 3, 2004, due to the bankruptcy of one

of the parties to this appeal.  *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8.  Since

the abatement there has been no activity in this appeal.  On February 5, 2009, the Court

ordered the parties to file an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

Appellants responded to the order by informing the Court that they no longer desire to prosecute their appeal and the case should be reinstated and dismissed for want of prosecution. Accordingly, we reinstate and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Memorandum Opinion delivered and
filed this the 12th day of March, 2009.